AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Bryon Castro-Cabrera<br><br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>)      Case No. 3:26-mj-00130 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Bryon Castro-Cabrera                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Date:      05/13/2026 _____

_Issuing officer's signature_

City and state:      Portland, Oregon _____

Hon. Jeffrey Armistead, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 5/13/2026 , and the person was arrested on _(date)_ 5/19/2026 at _(city and state)_ _____ . |
| Date: 5/19/2026 _____ |

_Arresting officer's signature_

Max Purvine S.A
_Printed name and title_